IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01078-CMA-MJW

BROOKING WEAVER,

Plaintiff(s),

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Leave to Appear by Telephone at Scheduling Conference (Docket No. 10) is granted. Defendant shall be permitted to participate by telephone for the Scheduling Conference set on June 24, 2013, at 9:30 a.m. by calling the court at that time at (303) 844-2403. If plaintiff's counsel also wishes to participate by telephone, counsel shall arrange a conference call, calling the court once counsel are both on the line.

Date: June 18, 2013